**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00190-CV

**SHERICA REDRICK, Appellant**

**V.**

**STATE FARM LLOYDS AND ANDRES ARMANDO GARCIA, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12379**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 18, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE